E. Paul Dougherty, Jr., Esq. (State Bar No. 182138)
Marty B. Ready, Esq. (State Bar No. 239135)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 330-8944
Facsimile:  (619) 321-6201
Email: Paul.dougherty@wilsonelser.com
       Marty.ready@wilsonelser.com

Attorneys for Defendant,
NEW FLYER OF AMERICA INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HOFFMAN AND LONDELL HUEY,<br><br>Plaintiffs,<br><br>VS.<br><br>NEW FLYER OF AMERICA INC. and DOES 1 TO 25,<br><br>Defendants. | Case No. **'22CV120  W     BLM**<br><br>**DEFENDANT NEW FLYER OF AMERICA INC.'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>28 U.S.C. § 1332<br>28 U.S.C. § 1441(b)<br>28 U.S.C. § 1446<br><br>[Removal from Superior Court of California for the County of San Diego, Case No. 37-2021-00049306-CU-PL-CTL]<br><br>Complaint Filed: December 7, 2021 |

**TO THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendant in the above-captioned matter, New Flyer of America Inc. ("New Flyer"),  by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and pursuant to 28 U.S.C. § 1441, 28 U.S.C. §1446, and 28 U.S.C. §1332,  hereby removes this case, San Diego Superior Court Case No. 37-2021-00049306-CU-PL-CTL, entitled *Warren Hoffman and Londell Huey v. New Flyer of America Inc.*, now pending in the Superior Court of California,

County of San Diego, to federal court in the United States District Court for the Southern District of California.

## I. INTRODUCTION

Defendant New Flyer removes this lawsuit on the basis that federal jurisdiction is proper in this case based on diversity of citizenship pursuant to 28 U.S.C. §1332(a)(1). Federal district courts have original jurisdiction of all civil actions between citizens of different states where the amount in controversy exceeds $75,000. 28 U.S.C. §1332(a). A defendant may remove an action from state court to federal court, based on diversity jurisdiction, pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446(a).

This is a civil action where the amount in controversy exceeds $75,000 and the parties are citizens of different states. New Flyer is a North Dakota corporation with its principal place of business in Minnesota. Diversity jurisdiction is appropriate pursuant to 28 U.S.C. §1332 and as set forth herein.

On December 7, 2021, Plaintiffs Warren Hoffman and Londell Huey (collectively, "Plaintiffs") filed their Complaint against New Flyer in the Superior Court of the State of California, County of San Diego, Central Division. (*See*, Complaint and attached proof of service documents, attached hereto as **Exhibit A**.) The Complaint was served on and received by New Flyer on December 30, 2021. (*Id.*)

On January 27, 2022, New Flyer filed an Answer to the Complaint in the San Diego Superior Court, a copy of which is attached hereto as **Exhibit B**[1].

## II. GROUNDS FOR REMOVAL

**A.    This Action is Removable Pursuant to Diversity Jurisdiction**

New Flyer is informed and believes that Plaintiffs were and are, at all relevant times hereto and at the time of this removal, a citizen of, domiciled in, and residing

---

[1] A conformed copy of New Flyer's Answer will be filed with the District Court upon receipt.

in the State of California. Specifically, New Flyer is informed and believes that Plaintiffs are permanent residents of the State of California and were and remain permanent residents in the county of San Diego in the State of California.

Defendant New Flyer is a citizen of the State of North Dakota for purposes of removal jurisdiction. New Flyer is incorporated in North Dakota and maintains its headquarters and principal place of business in the city of Saint Cloud, Minnesota. Defendants Does 1 – 25 are fictitious parties. Doe Defendants may be disregarded for purposes of determining removal jurisdiction. 28 U.S.C. § 1441(b). Accordingly, complete diversity exists between the parties.

Plaintiffs' Complaint sets forth causes of action for Strict Products Liability – Manufacturing Defect; Design Defect; Breach of Warranty, and General Negligence. Plaintiffs' Complaint alleges New Flyer is "in the business of manufacturing buses, including the 2015 New Flyer Xcelsior Model XN60 bus operated by plaintiff[s]." (*See* **Ex. A**, Complaint pp. 5, 8.) Plaintiffs allege that "[d]ue to the negligence of New Flyer of America, Inc. and Does 1-25 in the design, component selection, and manufacture of the bus, including its gas sensor fault alarm system,… the gas sensor fault alarm spontaneously began emitting a deafening, ear-piercing sound, which could not be reset or shut-off, though there had been no gas supply fault, problem, or issue requiring any warning." (*Id.* at pp. 5-6, 8-9.)

Plaintiff Warren Hoffman alleges he "suffered hearing and brain damage, has suffered severe pain and physical impairment; incurred medical expenses to treat his injuries and will required additional medical treatment for which he will incur expenses in the future; has lost income from employment to date and has become disabled from future employment which will cause him to lose income in the future as well." (*Id.* at p. 6.) Plaintiff Londell Huey alleges he "suffered hearing and neurological damage, has suffered severe pain and physical impairment; incurred medical expenses to treat his injuries and will require additional medical treatment for which he will incur expenses in the future; has lost income from employment to

date and has become impaired drom [sic] future employment which will cause him to lose income in the future as well." (*Id.* at p. 9.) Plaintiffs are seeking compensatory and exemplary and punitive damages. (*Id.* at pp. 3, 10.)

New Flyer believes and hereby asserts in good faith that the amount in controversy exceeds $75,000. New Flyer bases this assertion on the allegations in the Complaint: 1) that Plaintiff Warren Hoffman was injured on September 24, 2020 (Complaint p. 5); 2) that Plaintiff Warren Hoffman suffered hearing and brain damage; 3) that Plaintiff Warren Hoffman suffered severe pain and physical impairment; 4) that Plaintiff Warren Hoffman incurred medical treatment, requires ongoing medical treatment, has suffered lost income since September 24, 2020, has become disabled from future employment, and is seeking punitive damages (*Id.* at p. 6); 5) that Plaintiff Londell Huey was injured on March 13, 2020 (Complaint p. 8); 6) that Plaintiff Londell Huey suffered hearing and neurological damage; 7) that Plaintiff Londell Huey suffered severe pain and physical impairment; and 8) that Plaintiff Londell Huey incurred medical treatment, requires ongoing medical treatment, has suffered lost income since March 13, 2020, has become impaired from future employment, and is seeking punitive damages. (*Id.* at p. 9)  Plaintiffs' allegations as they relate to their causes of action are plausible to support an amount in controversy exceeding the jurisdictional limit of $75,000.

While the Complaint is silent as to the specific amount of damages sought, Defendant is only required to include a plausible allegation that the amount in controversy exceeds the jurisdictional threshold. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S.Ct. 547, 554 (2014): interpreting the "short and plain statement of the grounds for removal" of 28 U.S.C. 1446(a); *see also* 28 U.S.C. 1446(c)(2)(B). Further, in determining whether the $75,000 threshold has been met, punitive damages and future wage loss are included. *Chavez v. JPMorgan Chase & Co.,* 888 F.3d 413, 416-418 (9th Cir. 2018).

///

Here both Plaintiffs are alleging: "lost income from employment to date"; Plaintiff Warren Hoffman alleges he "has become disabled from future employment which will cause him to lose income in the future as well"; and Plaintiff Londell Huey alleges he "has become impaired drom [sic] future employment which will cause him to lose income in the future as well." (Complaint pp. 6, 9.) Each Plaintiff suffered their respective injuries, which include either hearing, brain and/or neurological damage, in 2020. In 2020, Transparent California lists the salary of Plaintiffs Warren Hoffman and Londell Huey as $51,397.00 and $62,879.00, respectively, including regular pay, overtime pay of about $8,000/plaintiff, and benefits. (Declaration of Marty B. Ready, ("Ready Decl."), ¶¶ 2, 3.) Because the injuries occurred in 2020, Plaintiffs have already suffered over one full year of lost wages. In combination with future lost wages, it is more than plausible that Plaintiffs' collective lost wages and future lost wages exceed the jurisdictional threshold of $75,000.00. For example, if each Plaintiff only lost overtime pay as a result of the alleged injuries from 2021 to 2025, then the damages for lost wages and future wages would total $80,000 - more than the jurisdictional limit. (*See* Ready Decl., ¶ 4; in 2018 Plaintiff Warren Hoffman had overtime wages exceeding $12,000.) Moreover, factoring in the medical damages and future medical damages for each Plaintiff, it is more than plausible the $75,000 threshold has been met.

**B.    This Removal is Timely**

This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b) because it is filed within thirty days of Plaintiffs' service of their Complaint on New Flyer.

**C.    Consent to Removal is Given**

New Flyer is the only named defendant, and as a result, consent pursuant to 28 U.S.C. § 1446(b)(2)(A) is not required.

/ / /

/ / /

D.     **Venue is Proper**

Venue of this removed action is proper pursuant to 28 U.S.C.§§ 1332 and 1446(a) because this Court is the United State District Court for the district embracing the place where the removed action was pending – the Superior Court of the State of California, County of San Diego.

E.     **All Pleadings from the State Court Action are Attached**

As required by 28 U.S.C. 1446(a), all papers and pleadings served on defendants and known to be on file with the State Court are attached to this notice as **Exhibits A - B**.

F.     **Notice to Plaintiff and the State Court Clerk**

As required by 28 U.S.C. 1446(d), a copy of this notice is being served today on all parties of record and will be filed with the Clerk of the Superior Court of California, County of San Diego.

### III.   CONCLUSION

For the reasons above, this action is removable to the United States District Court for the Southern District of California based on diversity of citizenship under 28 U.S.C. §§1332 and 1441(a).

Dated: January 28, 2022          **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ Marty B. Ready
E. Paul Daugherty, Jr., Esq.
Marty B. Ready, Esq
Attorneys for Defendant
New Flyer of America Inc.