# EXHIBIT A

 **CT Corporation**

**Service of Process
Transmittal**
12/30/2021
CT Log Number 540815599

**TO:**   Colin Pewarchuk
NFI Group Inc.
711 KERNAGHAN AVENUE
WINNIPEG, MB R2C 3T4

**RE:**   **Process Served in California**

**FOR:**   New Flyer of America Inc.  (Domestic State: ND)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Warren Hoffman and Londell Huey // To: New Flyer of America Inc. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 37202100049306CUPLCTL |
| **NATURE OF ACTION:** | Product Liability Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/30/2021 at 01:07 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification,  Colin Pewarchuk  colin.pewarchuk@nfigroup.com |
| | Email Notification,  Debbie Lewis-Ethen  DEBBIE.LEWIS@MCICOACH.COM |
| | Email Notification,  Kathryn Hordienko  kathryn.hordienko@nfigroup.com |
| | Email Notification,  Christy Davidson  christy.davidson@nfigroup.com |
| | Email Notification,  Jason Roberts  jason.roberts@nfigroup.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The Information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

 CT Corporation

**Service of Process Transmittal**
12/30/2021
CT Log Number 540815599

**TO:**  Colin Pewarchuk
NFI Group Inc.
711 KERNAGHAN AVENUE
WINNIPEG, MB R2C 3T4

**RE:**  **Process Served in California**

**FOR:**  New Flyer of America Inc.  (Domestic State: ND)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Thu, Dec 30, 2021

**Server Name:**             Jimmy Lizama

| Entity Served | NEW FLYER OF AMERICA INC. |
|---|---|
| Case Number | 37-2021-00049306-CU-PL-CTL |
| Jurisdiction | CA |



SUM-100

| SUMMONS ON AMENDED COMPLAINT<br>(CITACION JUDICIAL) | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

New Flyer of America, Inc., and DOES 1-25

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Warren Hoffman and Londell Huey

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**12/07/2021** at 03:09:00 PM

Clerk of the Superior Court
By Elizabeth Reyes, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* SUPERIOR COURT<br>330 West Broadway<br>San Diego, CA 92101 | CASE NUMBER:<br>*(Número del Caso):*<br>37-2021-00049306-CU-PL-CTL |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Brian L. Burchett, The Burchett Law Firm, PC, 605 C Street, Suite 300, San Diego, CA 92101 (619) 230-8431

| DATE: 12/08/2021<br>*(Fecha)* | Clerk, by  *E. Reyes* , Deputy<br>*(Secretario)* *(Adjunto)* |
|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* New Flyer of America, Inc.

   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Brian L. Burchett (SBN 134757)<br>THE BURCHETT LAW FIRM, PC<br>605 C Street, Suite 300<br>San Diego, California 92101<br>TELEPHONE NO: 619.230.8431    FAX NO. *(Optional):* 619.639.1125<br>E-MAIL ADDRESS *(Optional):* brian@theburchettlawfirm.com<br>ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**12/07/2021** at 03:09:00 PM<br><br>Clerk of the Superior Court<br>By Elizabeth Reyes,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Central

PLAINTIFF: Warren Hoffman and Londell Huey

DEFENDANT: New Flyer of America, Inc., and

☑ DOES 1 TO 25

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
    ☑ **AMENDED** *(Number):* First
**Type** *(check all that apply):*
   ☐ **MOTOR VEHICLE**  ☑ **OTHER** *(specify):* Product Liability
   ☐ **Property Damage**  ☐ **Wrongful Death**
   ☑ **Personal Injury**  ☐ **Other Damages** *(specify):*

**Jurisdiction** *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded  ☐ does not exceed $10,000
          ☐ exceeds $10,000, but does not exceed $25,000
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED** by this amended complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

CASE NUMBER:
37-2021-00049306-CU-PL-CTL

1. **Plaintiff** *(name or names):* Warren Hoffman and Londell Huey
   alleges causes of action against **defendant** *(name or names):*
   New Flyer of America, Inc. and Does 1-25
2. This pleading, including attachments and exhibits, consists of the following number of pages: 10
3. Each plaintiff named above is a competent adult
  a. ☐ **except plaintiff** *(name):*
     (1) ☐ a corporation qualified to do business in California
     (2) ☐ an unincorporated entity *(describe):*
     (3) ☐ a public entity *(describe):*
     (4) ☐ a minor  ☐ an adult
       (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) ☐ other *(specify):*
     (5) ☐ other *(specify):*
  b. ☐ **except plaintiff** *(name):*
     (1) ☐ a corporation qualified to do business in California
     (2) ☐ an unincorporated entity *(describe):*
     (3) ☐ a public entity *(describe):*
     (4) ☐ a minor  ☐ an adult
       (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) ☐ other *(specify):*
     (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hoffman v. New Flyer of America, Inc., et al. | 37-2021-00049306-CU-PL-CTL |

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* New Flyer of Amer.   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                  (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*          (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*                   (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                              (5) ☐ other *(specify):*


   b. ☐ **except** defendant *(name):*                      d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                  (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*          (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*                   (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                              (5) ☐ other *(specify):*


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1-15 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 16-25 _____ are persons whose capacities are unknown to
      plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*


9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hoffman v. New Flyer of America, Inc., et al. | 37-2021-00049306-CU-PL-CTL |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

     a. ☐   Motor Vehicle
     b. ☑   General Negligence
     c. ☐   Intentional Tort
     d. ☑   Products Liability
     e. ☐   Premises Liability
     f. ☐   Other *(specify)*:

11. Plaintiff has suffered

     a. ☑   wage loss
     b. ☐   loss of use of property
     c. ☑   hospital and medical expenses
     d. ☑   general damage
     e. ☐   property damage
     f. ☑   loss of earning capacity
     g. ☐   other damage *(specify)*:

12. ☐   The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
     a. ☐   listed in Attachment 12.
     b. ☐   as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
     a. (1) ☑   compensatory damages
        (2) ☑   punitive damages
     The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
        (1) ☑   according to proof
        (2) ☐   in the amount of: $

15. ☑   The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
     Par. 5(a)

Date: December 6, 2021

Brian L. Burchett
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001(5)

| SHORT TITLE:  Hoffman v. New Flyer of America, Inc., et al. | CASE NUMBER:  37-2021-00049306-CU-PL-CTL |
|---|---|

__FIRST__  **CAUSE OF ACTION—Products Liability**     Page ___4___
_(number)_

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint
_(Use a separate cause of action form for each cause of action.)_
Plaintiff _(name):_  Warren Hoffman

Prod. L-1. On or about _(date):_        September 24, 2020        plaintiff was injured by the following product:
2015 New Flyer Xcelsior  Model XN60 bus.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury
was being
☑  used in the manner intended by the defendants.
☐  used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not
readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
☐  purchaser of the product.            ☑  user of the product.
☐  bystander to the use of the product.    ☐  other _(specify):_

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L- 4.  ☑  **Count One—Strict liability** of the following defendants who
a. ☑  manufactured or assembled the product _(names):_
New Flyer of America, Inc., and

☑ Does 1 _____ to  10 _____

b. ☑  designed and manufactured component parts supplied to the manufacturer _(names):_

☑ Does 11 _____ to  25 _____

c. ☐  sold the product to the public _(names):_

☐ Does _____ to _____

Prod. L-5.  ☐  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff _(names):_

☐ Does _____ to _____

Prod. L-6.  ☑  **Count Three—Breach of warranty** by the following defendants _(names):_
New Flyer of America, Inc., and
☑ Does 1 _____ to  25 _____
a. ☑  who breached an implied warranty
b. ☐  who breached an express warranty which was
☐ written   ☐ oral

Prod. L-7.  ☐  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment-Prod. L-7  ☐  as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hoffman v. New Flyer of America, Inc., et al. | 37-2021-00049306-CU-PL-CTL |

SECOND   **CAUSE OF ACTION—General Negligence**   Page ___5___

(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Warren Hoffman

alleges that defendant *(name):*  New Flyer of America, Inc., et al., and

[✓] Does   1   to   25

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):*  September 24, 2020
at *(place):*  San Diego, California

*(description of reasons for liability):*

Defendants New Flyer of America, Inc. and Does 1-10 are in the business of manufacturing buses, including the 2015 New Flyer Xcelsior Model XN60 bus operated by plaintiff Warren Hoffman on September 24, 2020. As such, said defendants owed a duty to those who drive or ride on those buses to use due care in designing the buses, selecting components used in the buses, and manufacturing the buses.

Defendants Does 11-25 designed and manufactured the gas sensor fault alarm system on the subject bus. As such, Does 11-25 owed a duty to those who drive or ride on buses incorporating their gas sensor fault alarm systems to use due care in designing and manufacturing the gas sensor fault alarm systems.

On February 29, 2008, San Diego Metropolitan Transit System ("MTS") entered into a contract with defendants New Flyer of America, Inc. and Does 1-10 to purchase transit buses. Among the buses purchased pursuant to that agreement, as supplemented and amended, was the subject 2015 New Flyer Xcelsior Model XN60 bus, which was a 60 foot long, CNG fueled, articulated bus designated by MTS as bus no. 1306, and hereafter referred to as Bus No. 1306. At all relevant times, MTS maintained Bus No. 1306, including its gas sensor fault alarm system, in accordance with the specifications and requirements of defendants New Flyer of America, Inc. and Does 1-25.

At all relevant times, plaintiff Warren Hoffman was a bus driver employed by MTS. In September 2020, MTS had assigned plaintiff Warren Hoffman to drive Bus No. 1306.

Defendants breached their duties described above in that, on September 24, 2020, while plaintiff Warren Hoffman was operating Bus No. 1306, its gas sensor fault alarm malfunctioned. Due to

(Continued on following page, Attachment 1)

Page 1 of 1

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hoffman v. New Flyer of America, Inc., et al. | 37-2021-00049306-CU-PL-CTL |

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

the negligence of defendants New Flyer of America, Inc. and Does 1-25 in the design, component selection, and manufacture of the bus, including its gas sensor fault alarm system, on September 24, 2020, the gas sensor fault alarm spontaneously began emitting a deafening, ear-piercing sound, which could not be reset or shut-off, though there had been no gas supply fault, problem, or issue requiring any warning.  Plaintiff Warren Hoffman had to remain in Bus No. 1306 the with the malfunctioning alarm sounding while he brought the bus to a safe location to stop and disembark.

Defendants carelessly and negligently failed to issue recalls or warnings of the gas sensor fault alarm system though they knew or should have known that the gas sensor fault alarm system was defective and had a propensity to sound-off spontaneously, in the absence of any gas supply fault, problem, or issue requiring warning, and that the alarm could not be reset or shut-off because this had occurred in multiple buses across the country before it occurred in Bus No. 1306 on September 24, 2020.

As a direct and proximate result of the negligence of defendants described herein, plaintiff Warren Hoffman suffered hearing and brain damage, has suffered severe pain and physical impairment; incurred medical expenses to treat his injuries and will require additional medical treatment for which he will incur expenses in the future; has lost income from employment to date and has become disabled from future employment which will cause him to lose income in the future as well.  The amount of these damages is subject to proof at trial.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of 10

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]
**ATTACHMENT**
to Judicial Council Form
www.courtinfo.ca.gov

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hoffman v. New Flyer of America, Inc., et al. | 37-2021-00049306-CU-PL-CTL |

____THIRD__ **CAUSE OF ACTION—Products Liability**     Page ____7____
    (number)

ATTACHMENT TO  [✓] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*
Plaintiff *(name):*  Londell Huey

Prod. L-1. On or about *(date):*     March 13, 2020          plaintiff was injured by the following product:
New Flyer Xcelsior Model XN60 bus.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
    The product was defective when it left the control of each defendant. The product at the time of injury
    was being
    [✓]  used in the manner intended by the defendants.
    [ ]  used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not
        readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
    [ ]  purchaser of the product.                      [✓]  user of the product.
    [ ]  bystander to the use of the product.           [ ]  other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L- 4.  [✓]  **Count One—Strict liability** of the following defendants who
        a.  [✓]  manufactured or assembled the product *(names):*
            New Flyer of America, Inc., and

            [✓] Does  1_____  to  10_____

        b.  [✓]  designed and manufactured component parts supplied to the manufacturer *(names):*

            [✓] Does  11_____  to  25_____

        c.  [ ]  sold the product to the public *(names):*

            [ ] Does _____  to _____

Prod. L-5.  [ ]  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*

            [ ] Does _____  to _____

Prod. L-6.  [✓]  **Count Three—Breach of warranty** by the following defendants *(names):*
        New Flyer of America, Inc., and
            [✓] Does  1_____  to  25_____
        a.  [✓]  who breached an implied warranty
        b.  [ ]  who breached an express warranty which was
            [ ]  written  [ ]  oral

Prod. L-7.  [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        [ ]  listed in Attachment-Prod. L-7  [ ]  as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]       **CAUSE OF ACTION—Products Liability**       Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hoffman v. New Flyer of America, Inc., et al. | 37-2021-00049306-CU-PL-CTL |

<u>___FOURTH___</u>   **CAUSE OF ACTION—General Negligence**   Page ___8___
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Londell Huey

alleges that defendant *(name)*:  New Flyer of America, Inc., et al., and

☑ Does  1          to  25          

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*:  March 13, 2020
at *(place)*:  San Diego, California

*(description of reasons for liability)*:

Defendants New Flyer of America, Inc. and Does 1-10 are in the business of manufacturing
buses, including the New Flyer Xcelsior Model XN60 bus operated by Londell Huey on March
13, 2020. As such, said defendants owed a duty to those who drive or ride on those buses to use
due care in designing the buses, selecting components used in the buses, and manufacturing the
buses.

Defendants Does 11-25 designed and manufactured the gas sensor fault alarm system on the
subject bus. As such, Does 11-25 owed a duty to those who drive or ride on buses incorporating
their gas sensor fault alarm systems to use due care in designing and manufacturing the gas sensor
fault alarm systems.

On February 29, 2008, San Diego Metropolitan Transit System ("MTS") entered into a contract
with defendants New Flyer of America, Inc. and Does 1-10 to purchase transit buses. Among the
buses purchased pursuant to that agreement, as supplemented and amended, was the New Flyer
Xcelsior Model XN60 bus operated by Mr. Huey on March 13, 2020, which was a 60 foot long,
CNG fueled, articulated bus, and hereafter referred to as the Defective XN60. At all relevant
times, MTS maintained the Defective XN60, including its gas sensor fault alarm system, in
accordance with the specifications and requirements of defendants New Flyer of America, Inc.
and Does 1-25.

At all relevant times, plaintiff Londell Huey was a bus driver employed by MTS. In March 2020,
MTS had assigned plaintiff Londell Huey to drive the Defective XN60.

Defendants breached their duties described above in that, on March 13, 2020, while plaintiff
Londell Huey was operating the Defective XN60, its gas sensor fault alarm malfunctioned. Due

(Continued on following page, Attachment 2)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hoffman, et al. v. New Flyer of America, Inc., et al. | 37-2021-00049306-CU-PL-CTL |

**ATTACHMENT** (Number): 2

*(This Attachment may be used with any Judicial Council form.)*

to the negligence of defendants New Flyer of America, Inc. and Does 1-25 in the design, component selection, and manufacture of the bus, including its gas sensor fault alarm system, on March 13, 2020, the gas sensor fault alarm spontaneously began emitting a deafening. ear-piercing sound. which could not be reset or shut-off, though there had been no gas supply fault, problem, or issue requiring any warning. Plaintiff Londell Huey had to remain in the Defective XN60 with the malfunctioning alarm sounding while he brought the bus to a safe location to stop and disembark.

Defendants carelessly and negligently failed to issue recalls or warnings of the gas sensor fault alarm system though they knew or should have known that the gas sensor fault alarm system was defective and had a propensity to sound-off spontaneously, in the absence of any gas supply fault, problem, or issue requiring warning, and that the alarm could not be reset or shut-off, because this had occurred in multiple buses across the country before it occurred in the Defective XN60 on March 13, 2020.

As a direct and proximate result of the negligence of defendants described herein, plaintiff Londell Huey suffered hearing and neurological damage, has suffered severe pain and physical impairment; incurred medical expenses to treat his injuries and will require additional medical treatment for which he will incur expenses in the future; has lost income from employment to date and has become impaired drom future employment which will cause him to lose income in the future as well. The amount of these damages is subject to proof at trial.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __9__ of __10__

*(Add pages as required)*

**ATTACHMENT**
**to Judicial Council Form**

*www.courtinfo.ca.gov*

PLD-PI-001(6)

| SHORT TITLE:<br>Hoffman, et al. v. New Flyer of America, Inc., et al. | CASE NUMBER:<br>37-2021-00049306-CU-PL-CTL |
|---|---|

## Exemplary Damages Attachment                Page ___10___

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

EX-1.  As additional damages against defendant *(name)*:
New Flyer of America, Inc. and Does 1-25

Plaintiff alleges defendant was guilty of
[✓]  malice
[ ]  fraud
[ ]  oppression
as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2.  The facts supporting plaintiff's claim are as follows:

Plaintiffs incorporate the allegations in their first, second, third, and fourth causes of action as though set forth herein in their entirety.

Defendants New Flyer of America, Inc. and Does 1-25  knew that the gas sensor fault alarm system installed in the Xcelsior model XN60 natural gas fueled buses was defective and had a propensity to sound-off spontaneously in the absence of any gas supply fault, problem, or issue requiring warning, and knew that the warning alarm could not be reset or shut-off because defendants had been advised that such malfunctions had occurred in multiple buses across the country before it occurred in the buses operated by plaintiffs, as described in this complaint.

Defendants knew or should have known that, due to the pitch and volume of the gas supply fault alarm, there was a substantial likelihood that the alarm could cause serious injury to the driver or passengers on the bus at the time of a malfunction.

Notwithstanding defendants' knowledge of the gas sensor fault alarm system defect and its propensity to cause serious injury, defendants New Flyer of America, Inc. and Does 1-25 manufactured and sold buses with the defective gas sensor fault alarm system, including Bus No. 1306 and the Defective XN60; declined to notify bus purchasers, system operators, or the National Highway Transportation Safety Administration of the defect; did not recall the gas sensor fault alarm system; did not issue service bulletins instructing about the defect and how to repair it; and, instead, concealed their knowledge of the defect from purchasers, system operators, and bus users, putting defendants' profits ahead of the safety of the bus-traveling public.

The conduct of defendants described above was malicious as to plaintiffs Warren Hoffman and Londell Huey, justifying an award of punitive damages against defendants New Flyer of America, Inc. and Does 1-25 commensurate with plaintiffs' damages and defendants' resources to pay.

EX-3.  The amount of exemplary damages sought is
a.  [✓]  not shown, pursuant to Code of Civil Procedure section 425.10.
b.  [ ]  $

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(6) [Rev. January 1, 2007]    **Exemplary Damages Attachment**    Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: | 330 W Broadway |
| MAILING ADDRESS: | 330 W Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101-3827 |
| DIVISION: | Central |
| TELEPHONE NUMBER: | (619) 450-7072 |

| PLAINTIFF(S) / PETITIONER(S): | Warren Hoffman |
|---|---|
| DEFENDANT(S) / RESPONDENT(S): | New Flyer of America Inc |

HOFFMAN VS NEW FLYER OF AMERICA INC [IMAGED]

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (CIVIL) | CASE NUMBER:<br>37-2021-00049306-CU-PL-CTL |
|---|---|

## CASE ASSIGNED FOR ALL PURPOSES TO:

Judge: Timothy Taylor                                          Department: C-72

## COMPLAINT/PETITION FILED: 11/19/2021

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 04/29/2022 | 09:15 am | C-72 | Timothy Taylor |

**Due to the COVID-19 pandemic, all Case Management Conferences (CMCs) are being conducted virtually unless there is a court order stating otherwise.** Prior to the hearing date, visit the "virtual hearings" page for the most current instructions on how to appear for the applicable case-type/department on the court's website at www.sdcourt.ca.gov.

A Case Management Statement (JC Form #CM-110) must be completed by counsel for all parties and by all self-represented litigants and timely filed with the court at least 15 days prior to the initial CMC. (San Diego Superior Court (SDSC) Local Rules, rule 2.1.9; Cal. Rules of Court, rule 3.725).

All counsel of record and self-represented litigants must appear at the CMC, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of Alternative Dispute Resolution (ADR) options.

It is the duty of each plaintiff (and cross-complainant) to serve a copy of this Notice of Case Assignment and Case Management Conference (SDSC Form #CIV-721) with the complaint (and cross-complaint), the Alternative Dispute Resolution (ADR) Information Form (SDSC Form # CIV-730), a Stipulation to Use Alternative Dispute Resolution (ADR) (SDSC Form # CIV-359), and other documents on all parties to the action as set out in SDSC Local Rules, rule 2.1.5.

**TIME FOR SERVICE AND RESPONSE:** The following rules apply to civil cases except for collections cases under California Rules of Court, rule 3.740(a), unlawful detainer actions, proceedings under the Family Code, and other proceedings for which different service requirements are prescribed by law (Cal. Rules of Court, rule 3.110; SDSC Local Rules, rule 2.1.5):
- **Service:** The complaint must be served on all named defendants, and proof of service filed with the court within 60 days after filing the complaint. An amended complaint adding a defendant must be served on the added defendant and proof of service filed within 30 days after filing of the amended complaint. A cross-complaint against a party who has appeared in the action must be accompanied by proof of service on that party at the time it is filed. If it adds a new party, the cross-complaint must be served on all parties and proof of service on the new party must be filed within 30 days of the filing of the cross-complaint.
- **Defendant's appearance:** Unless a special appearance is made, each defendant served must generally appear (as defined in Code of Civ. Proc. § 1014) within 30 days of service of the complaint/cross-complaint.
- **Extensions:** The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint (SDSC Local Rules, rule 2.1.6). If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an order to show cause why sanctions shall not be imposed.

**JURY FEES:** In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

**COURT REPORTERS:** Official Court Reporters are not normally available in civil matters, but may be requested in certain situations no later than 10 days before the hearing date. See SDSC Local Rules, rule 1.2.3 and Policy Regarding Normal Availability and Unavailability of Official Court Reporters (SDSC Form #ADM-317) for further information.

**ALTERNATIVE DISPUTE RESOLUTION (ADR):** The court discourages any unnecessary delay in civil actions; therefore, continuances are discouraged and timely resolution of all actions, including submitting to any form of ADR is encouraged. The court encourages and expects the parties to consider using ADR options prior to the CMC. The use of ADR will be discussed at the CMC. Prior to the CMC, parties stipulating to the ADR process may file the Stipulation to Use Alternative Dispute Resolution (SDSC Form #CIV-359).

# NOTICE OF E-FILING REQUIREMENTS
## AND IMAGED DOCUMENTS

Effective April 15, 2021, e-filing is required for attorneys in represented cases in all limited and unlimited civil cases, pursuant to the San Diego Superior Court General Order: In Re Procedures Regarding Electronically Imaged Court Records, Electronic Filing and Access to Electronic Court Records in Civil and Probate Cases. Additionally, you are encouraged to review CIV-409 for a listing of documents that are not eligible for e-filing. E-filing is also encouraged, but not mandated, for self-represented litigants, unless otherwise ordered by the court. All e-filers are required to comply with the e-filing requirements set forth in Electronic Filing Requirements (Civil) (SDSC Form #CIV-409) and Cal. Rules of Court, rules 2.250-2.261.

All Civil cases are assigned to departments that are part of the court's "Imaging Program." This means that original documents filed with the court will be imaged, held for 30 days, and then destroyed, with the exception of those original documents the court is statutorily required to maintain. The electronic copy of the filed document(s) will be the official court record, pursuant to Government Code § 68150. Thus, original documents should not be attached to pleadings filed with the San Diego Superior Court, unless it is a document for which the law requires an original be filed. Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant, or petitioner to serve a copy of this Notice of Case Assignment and Case Management Conference (Civil) (SDSC Form #CIV-721) with the complaint, cross-complaint, or petition on all parties to the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "IMAGED FILE" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and may be found on the court's website at www.sdcourt.ca.gov.



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 37-2021-00049306-CU-PL-CTL        CASE TITLE: Hoffman vs New Flyer of America Inc [IMAGED]

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
        (1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
        (2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), *and*
        (3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

## Potential Advantages and Disadvantages of ADR
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| Potential Advantages | Potential Disadvantages |
|---|---|
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | |
| • Gives parties more control over the dispute resolution process and outcome | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Preserves or improves relationships | |

## Most Common Types of ADR
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:**  A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:**  A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:**  A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute.  Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:** There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

<u>**Local ADR Programs for Civil Cases**</u>

**Mediation:** The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

<u>On-line mediator search and selection:</u> Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005). The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:** The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule <u>2.2.1</u> for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:** The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules <u>Division II, Chapter III</u> and Code Civ. Proc. <u>§ 1141.10 et seq</u> or contact the Arbitration Program Office at (619) 450-7300 for more information.

<u>More information about court-connected ADR</u>: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:** The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:** To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

<u>**Legal Representation and Advice**</u>

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 330 West Broadway | |
| MAILING ADDRESS: 330 West Broadway | |
| CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827 | |
| BRANCH NAME: Central | |

| PLAINTIFF(S): Warren Hoffman |
|---|
| DEFENDANT(S): New Flyer of America Inc |
| SHORT TITLE: HOFFMAN VS NEW FLYER OF AMERICA INC [IMAGED] |

| STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) | CASE NUMBER: 37-2021-00049306-CU-PL-CTL |
|---|---|

Judge: Timothy Taylor                                                    Department: C-72

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)                    ☐ Non-binding private arbitration

☐ Mediation (private)                             ☐ Binding private arbitration

☐ Voluntary settlement conference (private)       ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)                    ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (specify e.g., private mini-trial, private judge, etc.): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____          Date: _____

_____          _____
Name of Plaintiff                                 Name of Defendant

_____          _____
Signature                                         Signature

_____          _____
Name of Plaintiff's Attorney                      Name of Defendant's Attorney

_____          _____
Signature                                         Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated: 11/22/2021

_____
JUDGE OF THE SUPERIOR COURT

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Brian Burchett, 134757<br>The Burchett Law Firm, PC<br>605 C Street, Suite 300<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-230-8431<br>ATTORNEY FOR *(Name)*: Plaintiff | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**01/06/2022** at 12:27:00 PM<br>Clerk of the Superior Court<br>By E- Filing,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

Superior Court of California, San Diego County

330 W. Broadway

San Diego, CA 92101-3409

| PLAINTIFF/PETITIONER: Warren Hoffman, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: New Flyer of America, Inc., et al. | 37-2021-00049306-CU-PL-CTL |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>3590 |
|---|---|

1.  At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2.  I served copies of:

Summons, Complaint, Notice of Case Assignment and Case Management Conference, Alternative Dispute Resolution (ADR) Information, Stipulation to Use Alternative Dispute Resolution (ADR)

3.  a. Party served:  New Flyer of America, Inc.

    b. Person Served: CT Corp - Diana Ruiz, Process Specialist - Person Authorized to Accept Service of Process

4.  Address where the party was served: 330 North Brand Blvd, #700
    Glendale, CA 91203
5.  I served the party
    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 12/30/2021          (2) at  (time): 1:00PM
6.  The "Notice to the Person Served" (on the summons) was completed as follows:

    d. on behalf of:

    New Flyer of America, Inc.
    under: CCP 416.10 (corporation)
7.  **Person who served papers**
    a.  Name:       Jessica Brown
    b.  Address:    One Legal - P-000618-Sonoma
                    1400 North McDowell Blvd, Ste 300
                    Petaluma, CA 94954

    c.  Telephone number: 415-491-0606
    d.  The fee for service was: $ 40.00
    e   I am:
        (3)  registered California process server.
             (i)   Employee or independent contractor.
             (ii)  Registration No.: 2019217220
             (iii) County:  Los Angeles
8.  I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  12/30/2021

Jessica Brown                                                    _____
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 17442918