# EXHIBIT B

1  E. Paul Dougherty, Jr., Esq. (State Bar No. 182138)
   Marty B. Ready, Esq. (State Bar No. 239135)
2  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
3  555 South Flower Street, Suite 2900
   Los Angeles, CA 90071
4  Telephone: (213) 330-8944
   Facsimile:  (619) 321-6201
5  Email: Paul.dougherty@wilsonelser.com
         Marty.ready@wilsonelser.com
6
7  Attorneys for Defendant,
   NEW FLYER OF AMERICA INC.

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9             **IN AND FOR THE COUNTY OF SAN DIEGO**

10
   WARREN HOFFMAN AND LONDELL    )  Case No. 37-2021-00049306-CU-PL-CTL
11 HUEY,                          )
                                  )  ***IMAGED FILE***
12               Plaintiffs,       )
                                  )  **NEW FLYER OF AMERICA INC.'S**
13 VS.                            )  **ANSWER TO PLAINTIFFS'**
                                  )  **COMPLAINT**
14                                )
   NEW FLYER OF AMERICA INC. and  )   Action Date:   December 7, 2021
15 DOES 1 TO 25,                  )   Trial:         Not yet scheduled
                                  )
16               Defendants.       )
                                  )
17                                )
                                  )
18 _____)

19

20        Defendant, New Flyer of America Inc., (hereinafter referred to as "this answering

21 defendant"), answers the Complaint of Plaintiffs as follows:

22                                        **I.**

23                               **GENERAL DENIAL**

24        Pursuant to the provisions of Section 431.30 of the California Code of Civil Procedure, this

25 answering defendant denies generally and specifically each, every and all of the allegations in said

26 Complaint, and the whole thereof, including each and every purported cause of action contained

27 therein.  This answering defendant further denies that Plaintiffs have or will sustain damages in

28 the amount alleged or in any amount whatsoever.

## II.

## AFFIRMATIVE DEFENSES

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Failure to State a Cause of Action)

This answering defendant is informed and believes and on that basis alleges that Plaintiffs have failed to state facts sufficient to constitute a valid cause of action against this answering defendant.

AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Not "Basis of the Bargain")

This answering defendant alleges that any alleged breach of warranty cannot form the basis for liability or recovery on the grounds that the warranty was not the basis of the parties' bargain and that Plaintiffs had actual knowledge of the condition of the product at the time of and prior to any bargain.

AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Comparative / Contributory Negligence)

This answering defendant is informed and believes and on that basis alleges by way of a plea of comparative negligence that the Plaintiffs were careless and negligent in and about the matters and activities alleged in the Complaint, and that said carelessness and negligence contributed to and/or was the proximate causes of the alleged injuries and damages, if any, or were the sole cause thereof, and that if Plaintiffs are entitled to recover damages against defendant by virtue of the Complaint, defendant prays that said recovery be diminished or extinguished by reason of the negligence of Plaintiffs in proportion to the degree of fault attributable to them.

/ / /

/ / /

/ / /

1

**AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:**

2

3

(Negligence of Third Parties)

4

This answering defendant is informed and believes, and upon such information and belief

5

alleges, that Plaintiffs and/or other person(s) were negligent, and that any loss, damage or injury,

6

if any, sustained by the Plaintiffs was solely, actually, directly and proximately caused thereby.

7

**AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:**

8

9

(No Defect)

10

This answering defendant is informed and believes, and upon such information and belief

11

alleges that the products and materials manufactured, assembled, distributed, or supplied by this

12

answering defendant, which are alleged to have caused damage to the Plaintiffs, were not

13

defectively manufactured, assembled, or designed.

14

**AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:**

15

16

(Lack of Foreseeability)

17

This answering defendant is informed and believes, and upon such information and belief

18

alleges that the damages which are the subject of this action, were solely, directly and legally

19

caused by Plaintiffs, other parties, or third parties or persons.  Furthermore, the matters and

20

activities alleged in Plaintiffs' Complaint were not reasonably foreseeable by Defendant.

21

**AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:**

22

23

(Failure to Mitigate)

24

This answering defendant is informed and believes and upon such information and belief

25

alleges that the Plaintiffs failed to mitigate any damages it and/or they might have suffered.

26

/ / /

27

/ / /

28

/ / /

NEW FLYER OF AMERICA INC.'S ANSWER TO COMPLAINT

265636842v.1

AS AND FOR AN EIGHTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(No Reliance)

This answering defendant is informed and believes, and upon such information and belief alleges that the Plaintiffs did not rely on the advice, judgment and/or skill of this defendant in the inspection, handling and/or usage of the subject product and/or any component parts.

AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Federal Preemption)

This answering defendant is informed and believes and upon such information and belief, alleges that Plaintiffs' claims are preempted in whole or in part by the Acts of Congress and the Supremacy Clause of Article VI of the United States Constitution.

AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Waiver)

This answering defendant is informed and believes and upon such information and belief alleges that the Plaintiffs have engaged in conduct and activities sufficient to constitute a waiver by reason of which Plaintiffs are estopped to assert any claim or cause of action against this answering defendant.

AS AND FOR AN ELEVENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Unclean Hands, Estoppel, Retraxit, and Laches)

This answering defendant is informed and believes and upon such information and belief alleges that Plaintiffs unreasonably delayed the filing of the Complaint and the notification of this answering defendant of the alleged defects with the bus and the basis for the causes of action alleged against it, all of which have unduly and severely prejudiced this answering defendant and the defense of this action, thereby barring or diminishing Plaintiffs' claims herein under the doctrines of unclean hands, estoppel, retraxit, and laches.

1
2

AS AND FOR A TWELFTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

3

(Voided Warranties)

4   This answering defendant is informed and believes and upon such information and belief

5   alleges that any warranties, either express or implied, were here by voided by virtue of the time

6   passed, or by the conduct of the Plaintiffs or third parties and therefore such warranties may not

7   form the basis for any recovery.

8
9

AS AND FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

10

(Apportionment)

11   This answering defendant is informed and believes and upon such information and belief

12   alleges that if it should be found that it is in any manner legally responsible for any of the Plaintiffs'

13   alleged damages, which supposition is not admitted, but is merely stated for the purposes of this

14   affirmative defense, then defendant alleges that Plaintiffs and/or other defendants in this case

15   and/or persons, companies or entities not parties to this action were careless and negligent or

16   otherwise at fault in and about the matters alleged in the Complaint, and it is necessary that the

17   proportionate degree of negligence, carelessness or fault of each of these other defendants, persons,

18   companies or entities, whether made parties to this action or not, be determined and pro-rated, and

19   that any judgment that might be rendered against this answering defendant be reduced, not only

20   by that degree of comparative negligence, fault and/or assumption of risk found to exist as to

21   Plaintiffs, but also as to the total of that degree of negligence and/or fault found to exist as to said

22   other persons, companies or entities.

23
24

AS AND FOR A FOURTEENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

25

(Failure to Name Essential / Necessary Parties)

26   This answering defendant is informed and believes and upon such information and belief

27   alleges that Plaintiffs have failed to name parties involved and/or responsible for the alleged

28   injuries and damages who are essential and necessary to resolution of this claim.

NEW FLYER OF AMERICA INC.'S ANSWER TO COMPLAINT

AS AND FOR A FIFTEENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Indemnification)

This answering defendant is informed and believes and upon such information and belief alleges that it is entitled by right of indemnification by apportionment against all other parties and persons whose negligence contributed proximately to the happening of the claimed incident or the alleged damages.

AS AND FOR A SIXTEENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Contribution)

This answering defendant is informed and believes, and upon such information and belief alleges that it is entitled to a right of contribution from the other parties or any other person(s) whose negligence proximately contributed to the happening of the claimed incident or alleged damages if Plaintiffs should receive a verdict against this answering defendant.

AS AND FOR A SEVENTEENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Assumption of the Risk)

This answering defendant is informed and believes and on that basis alleges that Plaintiffs had full knowledge of the conditions existing, and fully appreciated the danger thereof. Plaintiffs, by their conduct or the conduct of their agents, voluntarily assumed the risk of their own actions and omissions and of the incident alleged in the Complaint and this assumption of the risk was the proximate cause of the alleged injury and damages, if any. Said assumption of risk bars or diminishes any recovery herein.

AS AND FOR AN EIGHTEENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Set Off/Reduction)

This answering defendant is informed and believes and on that basis alleges that it is entitled to a set-off or reduction for any damages that Plaintiffs can allegedly recover.

NEW FLYER OF AMERICA INC.'S ANSWER TO COMPLAINT

AS AND FOR A NINETEENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Non-Economic Loss)

This answering defendant is informed and believes, and upon such information and belief alleges, that the liability of this answering defendant, if any there should be, for Plaintiffs' non-economic loss must be allocated in accordance with the provisions of California *Civil Code* § 1431.2 (Prop. 51).

AS AND FOR A TWENTIETH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Compliance with Standards)

This answering defendant is informed and believes, and upon such information and belief alleges, that the product which forms the basis for the causes of action against it complied with all applicable federal and state regulations, rules standards at all relevant times hereto.

AS AND FOR A TWENTY-FIRST, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Modification of the Product)

This answering defendant is informed and believes and on that basis alleges that the product of which Plaintiffs complain was subsequently modified or altered by other persons, entities, or by Plaintiffs.

AS AND FOR A TWENTY-SECOND, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Avoidable Consequences)

This answering defendant is informed and believes and on that basis alleges that Plaintiffs' claims are barred by the doctrine of avoidable consequences.

/ / /

/ / /

/ / /

/ / /

NEW FLYER OF AMERICA INC.'S ANSWER TO COMPLAINT
265636842v.1

AS AND FOR A TWENTY-THIRD, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(State of the Art)

This answering defendant is informed and believes and on that basis alleges it is not liable for Plaintiffs' claims since the product involved was state of the art at the time of design and manufacture.

AS AND FOR A TWENTY-FOURTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Exclusion of Implied Warranties)

This answering defendant is informed and believes that any implied warranties upon which the claims are based were either eliminated by virtue of the conduct of the Plaintiffs, any representations by this answering party or a third party, or are otherwise null and void.

AS AND FOR A TWENTY-FIFTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Misuse of Product)

This answering defendant is informed and believes and on that basis alleges that at the time referred to in said Complaint, and prior thereto, the product or products referred to in said Complaint were misused and used in an improper and unforeseeable manner by Plaintiffs and/or by others, and that such misuse and improper use caused or contributed as a proximate cause of the incident referred to in the Complaint and the injuries and damages complained of, if any there were.

AS AND FOR A TWENTY-SIXTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(No Alternative Design)

This answering defendant is informed and believes, and on such information and belief thereon alleges that Plaintiffs are barred from recovering any damages by virtue of the fact that there was no practical or technically feasible alternative design or formulation that would have prevented the harm alleged by Plaintiffs without substantially impairing the usefulness or intended

purpose of the product.

AS AND FOR A TWENTY-SEVENTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Intervening and Superseding Cause)

This answering defendant is informed and believes, and on such information and belief thereon alleges that, if, in fact, Plaintiffs were damaged in any manner whatsoever, that said damage, if any, was a direct and proximate result of the intervening and superseding actions on the part of other parties, and not this answering defendant, and that such intervening and superseding actions of said other parties bars recovery herein on behalf of Plaintiffs.

AS AND FOR A TWENTY-EIGHTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(Indemnity)

This answering defendant is informed and believes, and thereon alleges that this answering defendant is entitled to a right of indemnification by apportionment against all other parties and persons whose negligence contributed proximately to the happening of the claimed incident or alleged injuries.

AS AND FOR A TWENTY-NINTH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(No Standing)

This answering defendant is informed and believes, and thereon alleges that the Plaintiffs in this action may not have proper standing to recover, or recover fully, for the claims, injuries, and damages alleged herein and that the rights to such claims, injuries or damages may be held, by contract, assignment, subrogation, or law, by third parties to this action.

AS AND FOR A THIRTIETH, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

(No Punitive Damages)

This answering defendant is informed and believes, and thereon alleges that Plaintiffs cannot recover punitive damages based on the facts alleged in the Complaint because Plaintiffs

NEW FLYER OF AMERICA INC.'S ANSWER TO COMPLAINT

have failed to plead and cannot establish sufficient facts to support allegations of malice, oppression, fraud or despicable conduct as required to recover punitive damages under California Civil Code § 3294.

## AS AND FOR A THIRTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:

### (Reservation of Right)

This answering defendant alleges that it currently has insufficient information upon which to form a belief as to whether it may have additional as yet unstated, affirmative defenses available. This answering defendant therefore reserves the right to assert further affirmative defense(s) in the event discovery indicates that they would be appropriate.

## III.

## **PRAYER**

WHEREFORE, this answering defendant prays that Plaintiffs take nothing by way of their Complaint on file herein, that judgment be entered in the within action in favor of this answering defendant and against the Plaintiffs upon the issues of the Complaint, together with an award to this answering defendant of costs of suit herein incurred, and such other and further relief as the Court deems just.

## IV.

## **JURY DEMAND**

Defendant, New Flyer of America Inc., hereby demands trial by jury in this action.

Dated: January 27, 2022               **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: *Marty B. Ready*
E. Paul Daugherty, Jr. Esq.
Marty B. Ready, Esq
Attorneys for Defendant
NEW FLYER OF AMERICA INC.

10
NEW FLYER OF AMERICA INC.'S ANSWER TO COMPLAINT

*Warren Hoffman, et al. v. New Flyer of America Inc.*
San Diego County Superior Court Case No. 37-2021-00049306-CU-PL-CTL

**PROOF OF SERVICE**
[CCP 1013A (3) and 2015.5]

    I, the undersigned, am employed in the county of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 401 West A Street, Suite 1900, San Diego, California, 92101.

    On January 27, 2022, I caused to be served the following document(s):

**NEW FLYER OF AMERICA INC.'S ANSWER TO PLAINTIFFS' COMPLAINT**

on the following parties in this action:

***Attorneys for Plaintiffs, Warren Hoffman and Londell Huey***
Brian L. Burchett, Esq.
THE BURCHETT LAW FIRM, PC
605 C Street, Suite 300
San Diego, CA  92101
Telephone:  (619) 230-8431
Facsimile:   (619) 639-1125
Email:  brian@theburchettlawfirm.com

By the following method of service:

☒      **BY E-MAIL OR ELECTRONIC TRANSMISSION** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    Executed on January 27, 2022, at San Diego, California.  I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

_____
Irene Gonzales

NEW FLYER OF AMERICA INC.'S ANSWER TO COMPLAINT
265636842v.1

*Warren Hoffman, et al. v. New Flyer of America Inc.*
San Diego County Superior Court Case No. 37-2021-00049306-CU-PL-CTL

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 West A Street, Suite 1900, San Diego, California, 92101.

On January 28, 2022, I caused to be served the following document(s):

**DEFENDANT NEW FLYER OF AMERICA INC.'S NOTICE OF REMOVAL TO FEDERAL COURT**

on the following parties in this action:

***Attorneys for Plaintiffs, Warren Hoffman and Londell Huey***
Brian L. Burchett, Esq.
THE BURCHETT LAW FIRM, PC
605 C Street, Suite 300
San Diego, CA 92101
Telephone: (619) 230-8431
Facsimile: (619) 639-1125
Email: brian@theburchettlawfirm.com

By the following method of service:

**FEDERAL:**

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

☒   **BY ELECTRONIC TRANSMISSION VIA NEXTGEN/ECF**
I electronically filed the foregoing document(s) with the Clerk of the Court through the NextGen/ECF system for the Southern District Court of the United States, which system sent Notification of Electronic Filing to the persons listed on the Court's service list for this case. Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the NextGen/ECF system.

Executed on January 28, 2022, at San Diego, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

_____
Irene Gonzales

265641439v.1