E. Paul Dougherty, Jr., Esq. (State Bar No. 182138)
Marty B. Ready, Esq. (State Bar No. 239135)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 330-8944
Facsimile:  (619) 321-6201
Email: paul.dougherty@wilsonelser.com
       marty.ready@wilsonelser.com

Attorneys for Defendant,
NEW FLYER OF AMERICA INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HOFFMAN AND LONDELL HUEY,<br><br>           Plaintiffs,<br><br>  VS.<br><br>NEW FLYER OF AMERICA INC. and DOES 1 TO 25,<br><br>           Defendants. | Case No. **'22CV120  W    BLM**<br><br>**DECLARATION OF MARTY B. READY IN SUPPORT OF DEFENDANT NEW FLYER OF AMERICA INC.'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Action Date:  December 7. 2021<br>Trial:        Not yet scheduled |

I, Marty B. Ready, hereby declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am an attorney with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys of record for Defendant New Flyer of America Inc. ("Defendant") in the above-captioned matter. I submit this declaration in further support of Defendant's Notice of Removal to Federal Court. I am one of the attorneys principally responsible for the representation of Defendants in this matter and, as a result, I am personally familiar with the facts set forth in this declaration. If called as a witness to testify in this action, I would testify competently to those facts.

2. On January 25, 2022, I accessed the Transparent California public pay and pension database via the website address: https://transparentcalifornia.com/. Using the search function for the salary of public employees in the State of California, I performed searches for the public salary information of Plaintiff Warren Hoffman and Plaintiff Londell Huey for the year 2020.

3. The Transparent California public pay and pension database disclosed Plaintiff Warren Hoffman's salary for the year 2020 as $51,397, which included overtime pay of $8,138 plus benefits. A true and correct copy of the data pulled from the Transparent California website regarding Warren Hoffman's 2014-2018 and 2020 salary and overtime wages is attached hereto as **Exhibit 1**. The Transparent California public pay and pension database disclosed Plaintiff Londell Huey's salary for the year 2020 as $62,879, which included overtime pay of $7,182 plus benefits. A true and correct copy of the data pulled from the Transparent California website regarding Londell Huey's 2015-2018 and 2020 salary and overtime wages is attached hereto as **Exhibit 2**.

4. Based on the Transparent California database data set forth in the attached **Exhibits 1 and 2**, the overtime wages for Plaintiff Warren Hoffman was $8,138 in 2020 and had a range of $3,208 to $12,686 for the years 2014 – 2018 and 2020 for an average of $9,376 in overtime wages. The overtime wages for Plaintiff Londell Huey was $7,182 in 2020 and had a range of $3,927 to $7,600 for the years 2015-2018 and 2020 for an average of $6,373 in overtime wages.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed this **28th day of January 2022**, at San Diego, California.

*Marty B. Ready*

Marty B. Ready, Esq.

# EXHIBIT 1

# TRANSPARENT CALIFORNIA

California's largest public pay and pension database

[Home](#) / Salaries

# 'warren hoffman' search results

## 6 employee records found

Search within these records:

| warren hoffman | Year ▼ | Search |

⬇ Download search results



| Name | Job title | Regular pay | Overtime pay | Other pay | Total pay | Benefits | Total pay & benefits |
|---|---|---|---|---|---|---|---|
| Warren E Hoffman | Bus Operators - F/T San Diego Transit Corporation, 2018 | $33,231.00 | $12,009.00 | $0.00 | $45,240.00 | $14,406.00 | $59,646.00 |
| Warren E Hoffman | Bus Operators - F/T San Diego Transit Corporation, 2017 | $30,205.00 | $12,686.00 | $0.00 | $42,891.00 | $16,700.00 | $59,591.00 |
| Warren E Hoffman | Bus Operators - F/T San Diego Transit Corporation, 2016 | $29,113.00 | $10,708.00 | $56.00 | $39,877.00 | $13,073.00 | $52,950.00 |

| Name | Job title | Regular pay | Overtime pay | Other pay | Total pay | Benefits | Total pay & benefits |
|---|---|---|---|---|---|---|---|
| Warren E Hoffman | Bus Operators - F/T San Diego Transit Corporation, 2020 | $30,380.00 | $8,138.00 | $1,144.00 | $39,662.00 | $11,735.00 | $51,397.00 |
| Warren E Hoffman | Bus Operators - F/T San Diego Transit Corporation, 2015 | $28,896.00 | $9,505.00 | $500.00 | $38,901.00 | $12,383.00 | $51,284.00 |
| Warren E Hoffman | Bus Operators - F/T San Diego Transit Corporation, 2014 | $11,938.00 | $3,208.00 | $0.00 | $15,146.00 | $3,055.00 | $18,201.00 |



# EXHIBIT 2

# TRANSPARENT CALIFORNIA

California's largest public pay and pension database

Home  /  Salaries

# 'Londell Huey' search results

## 5 employee records found

Search within these records:

| Londell Huey | Year ▾ | Search |

⬇ Download search results



| Name | Job title | Regular pay | Overtime pay | Other pay | Total pay | Benefits | Total pay & benefits |
|---|---|---|---|---|---|---|---|
| Londell J Huey | Bus Operators - F/T San Diego Transit Corporation, 2020 | $38,684.00 | $7,182.00 | $1,796.00 | $47,662.00 | $15,217.00 | $62,879.00 |
| Londell J Huey | Bus Operators - F/T San Diego Transit Corporation, 2018 | $32,440.00 | $6,821.00 | $0.00 | $39,261.00 | $13,655.00 | $52,916.00 |
| Londell J Huey | Bus Operators - F/T San Diego Transit Corporation, 2016 | $29,769.00 | $7,600.00 | $203.00 | $37,572.00 | $12,462.00 | $50,034.00 |

| Name | Job title | Regular pay | Overtime pay | Other pay | Total pay | Benefits | Total pay & benefits |
|---|---|---|---|---|---|---|---|
| Londell J Huey | Bus Operators - F/T San Diego Transit Corporation, 2017 | $23,982.00 | $6,335.00 | $0.00 | $30,317.00 | $12,842.00 | $43,159.00 |
| Londell J Huey | Bus Operators - F/T San Diego Transit Corporation, 2015 | $25,380.00 | $3,927.00 | $300.00 | $29,607.00 | $7,065.00 | $36,672.00 |

« Previous

© 2022 Transparent California

About | Contact | Blog | Disclaimer | Privacy Policy | FAQ | Donate

*Warren Hoffman, et al. v. New Flyer of America, Inc.*
San Diego County Superior Court Case No. 37-2021-00049306-CU-PL-CTL

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 West A Street, Suite 1900, San Diego, California, 92101.

On January 28, 2022, I caused to be served the following document(s):

**DECLARATION OF MARTY B. READY IN SUPPORT OF DEFENDANT NEW FLYER OF AMERICA INC.'S NOTICE OF REMOVAL TO FEDERAL COURT**

on the following parties in this action:

***Attorneys for Plaintiffs, Warren Hoffman and Londell Huey***
Brian L. Burchett, Esq.
THE BURCHETT LAW FIRM, PC
605 C Street, Suite 300
San Diego, CA  92101
Telephone:  (619) 230-8431
Facsimile:   (619) 639-1125
Email:  brian@theburchettlawfirm.com

By the following method of service:

**FEDERAL:**

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

☒ **BY ELECTRONIC TRANSMISSION VIA NEXTGEN/ECF**
I electronically filed the foregoing document(s) with the Clerk of the Court through the NextGen/ECF system for the Southern District Court of the United States, which system sent Notification of Electronic Filing to the persons listed on the Court's service list for this case. Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the NextGen/ECF system.

Executed on January 28, 2022, at San Diego, California.  I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

_____
Irene Gonzales