# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HOFFMAN, AND LONDELL HUEY,<br><br>Plaintiffs,<br><br>v.<br><br>NEW FLYER OF AMERICA, INC. AND DOES 1-25,<br><br>Defendants. | Case No.:  3:22-cv-120-W (BLM)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DOC. 15]** |

      Pending before the Court is Plaintiffs' motion for leave to file a second amended complaint naming as a defendant Kidde Technologies, Inc. in place of defendant Doe No. 11. [Doc. 15].  Defendant has not filed an opposition to this motion.  Under Civil Local Rule 7.1(f)(3)(c), a failure to oppose "may constitute a consent to the granting of that motion."  Further, Federal Rule of Civil Procedure 15(a)(2) states that the "court should freely give leave when justice so requires."  Here, justice requires that leave to amend be granted.  Plaintiffs' motion is timely, the case is still in its early stages of discovery, the motion does not prejudice Defendant, and it allows the case to be adjudicated on the

1

merits. Accordingly, Plaintiffs' motion to amend their complaint is **GRANTED**. [Doc. 15]. Plaintiffs shall file their second amended complaint by **August 8, 2022**.

     **IT IS SO ORDERED.**

Dated: July 25, 2022

                                           Hon. Thomas J. Whelan
                                           United States District Judge