**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARREN HOFFMAN, AND LONDELL HUEY,<br><br>                              Plaintiffs,<br><br>v.<br><br>NEW FLYER OF AMERICA, INC. AND DOES 1-25,<br><br>                              Defendants. | Case No.:  22-cv-120-W-BLM<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO CONTINUE MOTION FOR SUMMARY JUDGEMENT [DOC. 36]** |

Pending before the Court is Plaintiffs' *ex parte* motion to continue Defendants' motion for summary judgement [Doc. 32]. Plaintiff's motion states that Plaintiffs' counsel is engaged in trial in another matter and the trial extended longer than expected due to unforeseen circumstances. (*See Ex Parte Motion* at 1-2; *Decl. of Brian L. Burchett* [Doc. 36-1].) Good cause appearing, the *ex parte* motion [Doc. 36] is **GRANTED**. Accordingly, the hearing date on Defendants' motion for summary judgment [Doc. 32] is continued to September 11, 2023. Any oppositions and replies should be filed in accordance with the new hearing date. If Plaintiffs' intend file an opposition, Plaintiffs

are **ORDERED** to withdraw their Statement of Inability to Present Facts in Opposition [Doc. 38] before doing so.

**IT IS SO ORDERED.**

Dated: August 17, 2023

Hon. Thomas J. Whelan
United States District Judge